UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
YANELY HENRIQUEZ,

                Plaintiff,

  -against-                                  25 **CIVIL** 2126 (PAC)

## **JUDGMENT**

JEREMIAH RYAN,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 12, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

       September 15, 2025

                                                        **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                                 **BY:**     K. Mango
                                                          **Deputy Clerk**